# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELDER,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY<br>ADMINISTRATION,<br><br>    Defendant. | Case No. CV 10-1353 ABC (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the Report and Recommendation, and the remaining record.

    Plaintiff's Objections reiterate the arguments made in the Complaint, and lack merit for the reasons set forth in the Report and Recommendation.

    Accordingly, IT IS ORDERED THAT:

    (1)    The Report and Recommendation is approved and accepted; and

    (2)    Judgment shall be entered dismissing this action with prejudice.

/ / /

/ / /

/ / /

/ / /

1  IT IS FURTHER ORDERED THAT the Clerk serve copies of this Order and
2  the Judgment on the parties.

4  Dated: September 30, 2013  _____
    HON. AUDREY B. COLLINS
    UNITED STATES DISTRICT JUDGE