# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELDER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. CV 10-1353 ABC (JCG)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the decision of the Acting Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: September 30, 2013

_____
HON. AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE